AO 10
Rev. 1/2007

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| CHESLER, STANLEY R | UNITED STATES DISTRICT COURT | 05/03/2007 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| ACTIVE DISTRICT JUDGE | ☐ Nomination, Date <br> ☐ Initial ☒ Annual ☐ Final <br><br> 5b. ☐ Amended Report | 01/01/2006 to 12/31/2006 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| FRANK R. LAUTENBERG U.S. COURTHOUSE & POST OFFICE BLDG NEWARK, NEW JERSEY 07101 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. CO-TRUSTEE OF TESTAMENTARY TRUST ESTABLISHED BY THE WILL OF ANATOL EPSTEIN | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

FINANCIAL DISCLOSURE RECEIVED 2007 MAY 14 A 11:06

| Name of Person Reporting | Date of Report |
|---|---|
| CHESLER, STANLEY R | 05/03/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X]  NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ]  NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | K HOVNANIAN ENTERPRISES |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ]  NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. N.Y. INTELLECTUAL PROPERTY LAW ASSOCIATION | 3 24 06 LODGING AND MEALS NYC HOTEL WHILE ATTENDING ANNUAL DINNER HONORING FEDERAL JUDICIARY |
| 2. GEORGE MASON UNIVERSITY LAW SCHOOL, LAW & ECONOMICS CENTER | 11 3/06 - 11 09/06 FOOD, LODGING AND TRANSPORTATION TO CAPTIVA, FLORIDA |
| 3. | |
| 4. | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHESLER, STANLEY R | 05/03/2007 |

5.

| Name of Person Reporting | Date of Report |
|---|---|
| CHESLER, STANLEY R | 05/03/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

☒ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

☒ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHESLER, STANLEY R | 05/03/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. EVERGREEN SMALL CO. GROWTH FUND, BOSTON, MA | A | Dividend | J | T | | | | | |
| 2. SPARTA TWP. BRD. OF ED. BOND | A | Interest | J | T | | | | | |
| 3. N.J. STATE BOND | A | Interest | J | T | | | | | |
| 4. N.J. STATE BOND | A | Interest | J | T | | | | | |
| 5. N.J. STATE BOND | A | Interest | J | T | | | | | |
| 6. BANCO POPULAR, BROOKLYN, NY | A | Interest | J | T | | | | | |
| 7. U.S. TREASURY BILLS FED. RESERVE BANK OF NY | D | Interest | N | T | | | | | |
| 8. BANK OF AMERICA | C | Interest | M | T | | | | | |
| 9. INVESCO STABLE VALUE FUND | C | Dividend | L | T | | | | | |
| 10. INVESCO 500 INDEX FUND | C | Dividend | M | T | | | | | |
| 11. N.J. STATE BOND | B | Interest | K | T | | | | | |
| 12. N.J. STATE BOND | A | Interest | J | T | | | | | |
| 13. N.J. STATE BOND | A | Interest | K | T | | | | | |
| 14. N.J. STATE BOND | A | Interest | K | T | | | | | |
| 15. ML BANKING ADVANTAGE | A | Interest | J | T | | | | | |
| 16. SYNERGY BANK | D | Interest | | | CLOSED | 12/13 | | | |
| 17. PORT AUTHORITY OF NY & NJ BOND | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 - $25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 - More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHESLER, STANLEY R | 05/03/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. N.J. STATE BOND | A | Interest | J | T | | | | | |
| 19. PORT AUTHORITY OF NY & NJ BOND | A | Interest | J | T | | | | | |
| 20. ING DIRECT BANK MONEY MARKET | B | Interest | K | T | | | | | |
| 21. CLINTON TWP N.J. BOND | A | Interest | K | T | | | | | |
| 22. CALIFORNIA STATE BOND | A | Interest | K | T | | | | | |
| 23. PORT AUTHORITY OF NY & NJ BOND | A | Interest | J | T | | | | | |
| 24. WEST ORANGE, N.J. BRD. OF ED. BOND | A | Interest | K | T | | | | | |
| 25. CALIFORNIA STATE BOND | A | Interest | J | T | | | | | |
| 26. PORT AUTHORITY BOND | A | Interest | J | T | | | | | |
| 27. HUDSON CITY S.B. ACCOUNTS | B | Interest | | | CLOSED | 10/3 | | | |
| 28. WEST ORANGE, N.J. BRD. OF ED. BOND | A | Interest | J | T | | | | | |
| 29. BLACK ROCK SMALL CAP INDEX FUND | A | Dividend | J | T | | | | | |
| 30. BLACK ROCK S&P 500 INDEX FUND | A | Dividend | J | T | | | | | |
| 31. FIDELITY SPARTAN 500 INDEX FUND | | Dividend | | | BUY | 1/4 | J | | |
| 32. FIDELITY SPARTAN 500 INDEX FUND | | Dividend | | | BUY | 2/3 | J | | |
| 33. FIDELITY SPARTAN 500 INDEX FUND | | Dividend | | | BUY | 3.3 | J | | |
| 34. FIDELITY SPARTAN 500 INDEX FUND | | Dividend | | | BUY | 4/4 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHESLER, STANLEY R | 05/03/2007 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. FIDELITY SPARTAN 500 INDEX FUND | | Dividend | | | BUY | 5/3 | J | | |
| 36. FIDELITY SPARTAN 500 INDEX FUND | | Dividend | | | BUY | 6/5 | J | | |
| 37. FIDELITY SPARTAN 500 INDEX FUND | | Dividend | | | BUY | 7/5 | J | | |
| 38. FIDELITY SPARTAN 500 INDEX FUND | | Dividend | | | BUY | 8/5 | J | | |
| 39. FIDELITY SPARTAN 500 INDEX FUND | | Dividend | | | BUY | 9/6 | J | | |
| 40. FIDELITY SPARTAN 500 INDEX FUND | | Dividend | | | BUY | 10/3 | J | | |
| 41. FIDELITY SPARTAN 500 INDEX FUND | | Dividend | | | BUY | 11/3 | J | | |
| 42. FIDELITY SPARTAN 500 INDEX FUND | A | Dividend | K | T | BUY | 12/5 | J | | |
| 43. FIDELITY N.J. MUNI MONEY MARKET FUND | A | Dividend | K | T | | | | | |
| 44. TREASURY BILL | A | Interest | L | T | BUY | 10/12 | L | | |
| 45. TREASURY BILL | A | Interest | M | T | BUY | 10/19 | M | | |
| 46. TREASURY BILL | A | Interest | L | T | BUY | 11/30 | L | | |
| 47. TREASURY BILL | A | Interest | K | T | BUY | 12/28 | K | | |
| 48. SERIES EE SAVINGS BOND "(X)" | A | Interest | J | T | | | | | |
| 49. SERIES EE SAVINGS BOND "(X)" | A | Interest | J | T | | | | | |
| 50. SERIES EE SAVINGS BOND "(X)" | A | Interest | J | T | | | | | |
| 51. SERIES EE SAVINGS BOND "(X)" | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A - $1,000 or less | B - $1,001 - $2,500 | C = $2,501 - $5,000 | D = $5,001 - $15,000 | E = $15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F - $50,001 - $100,000 | G - $100,001 - $1,000,000 | H1 - $1,000,001 - $5,000,000 | H2 - More than $5,000,000 | |
| 2. Value Codes | J = $15,000 or less | K = $15,001 - $50,000 | L - $50,001 - $100,000 | M - $100,001 - $250,000 | |
| (See Columns C1 and D3) | N = $250,001 - $500,000 | O - $500,001 - $1,000,000 | P1 - $1,000,001 - $5,000,000 | P2 - $5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 = $25,000,001 - $50,000,000 | R = Cost (Real Estate Only) | P4 - More than $50,000,000 | T = Cash Market | |
| (See Column C2) | Q = Appraisal | V - Other | S = Assessment | | |
| | U - Book Value | | W - Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHESLER, STANLEY R | 05/03/2007 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. SERIES EE SAVINGS BOND "(X)" | A | Interest | J | T | | | | | |
| 53. SERIES EE SAVINGS BOND "(X)" | A | Interest | J | T | | | | | |
| 54. SERIES EE SAVINGS BOND "(X)" | A | Interest | J | T | | | | | |
| 55. SERIES EE SAVINGS BOND "(X)" | A | Interest | J | T | | | | | |
| 56. SERIES EE SAVINGS BOND "(X)" | A | Interest | J | T | | | | | |
| 57. SERIES EE SAVINGS BOND "(X)" | A | Interest | J | T | | | | | |
| 58. SERIES EE SAVINGS BOND "(X)" | A | Interest | J | T | | | | | |
| 59. SERIES EE SAVINGS BOND "(X)" | A | Interest | J | T | | | | | |
| 60. SERIES EE SAVINGS BOND "(X)" | A | Interest | J | T | | | | | |
| 61. SERIES EE SAVINGS BOND "(X)" | A | Interest | J | T | | | | | |
| 62. SERIES EE SAVINGS BOND "(X)" | A | Interest | J | T | | | | | |
| 63. SERIES EE SAVINGS BOND "(X)" | A | Interest | J | T | | | | | |
| 64. SERIES EE SAVINGS BOND "(X)" | A | Interest | J | T | | | | | |
| 65. SERIES EE SAVINGS BOND "(X)" | A | Interest | J | T | | | | | |
| 66. SERIES EE SAVINGS BOND "(X)" | A | Interest | J | T | | | | | |
| 67. SERIES EE SAVINGS BOND "(X)" | A | Interest | J | T | | | | | |
| 68. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A  $1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D  $5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F  $50,001 - $100,000 | G  $100,001 - $1,000,000 | H1  $1,000,001 - $5,000,000 | H2 More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J  $15,000 or less | K  $15,001 - $50,000 | L  $50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N  $250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2  $5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4  More than $50,000,000 | T =Cash Market | |
| | Q  Appraisal | V  Other | S  Assessment | | |
| | U  Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHESLER, STANLEY R | 05/03/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

PART I.

The trust referred to in Part I of the report was terminated by order of the New York Supreme Court on October 16, 2006, and the assets of the trust were distributed to the beneficiary on October 22, 2006.

PART VII.

Merrill Lynch changed the name of its S&P 500 Index Fund and its Small Cap Index Fund to Black Rock Funds during the year.

MBNA was bought by Bank of America in 2006. Holdings previously reported as MBNA holdings are now included in the Bank of America totals.

Treasury Bills reported on Line 7 are previously owned T-Bills which are "rolled over." New T-Bill purchases are reported on Lines 44 to 47.

Income and gross value for all Fidelity Spartan 500 holdings (Lines 31 to 42) are reported on Line 42.

The savings bonds listed in Lines 48 through 67 were previously below the $1,000 reporting threshold and therefore had not been disclosed in earlier reports. I am not certain of the exact date on which the bonds met the reporting threshold, but I know the value of each of these bonds exceeds the threshold for calendar year 2006. Thus they have been included in this year's report. In future reports, the 20 bonds listed separately will be disclosed together in one entry, with appropriate codes entered for their aggregate value.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature _____  Date   5/3/07

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544